UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHASE M. COURVILLE**<br>DOC#570355 | **CIVIL ACTION NO. 3:16-00684** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **WARDEN SMITH, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's claim for failure to provide medical care, as well as any and all claims against Defendant Major Walker, are **DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA,** this 14th day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE