UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| CHASE M. COURVILLE | : | CIVIL ACTION NO. 16-0684 SEC. P |
|---|---|---|
| VERSUS | : | JUDGE ROBERT G. JAMES |
| WARDEN SMITH, ET AL. | : | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's motion for preliminary injunction [Doc. No. 36] and the parties' cross-motions for summary judgment [Doc. Nos. 32 & 42] are DENIED.

IT IS FURTHER ORDERED that the matter is referred to the assigned magistrate judge to hold an evidentiary hearing on exhaustion (if defendants continue to maintain that defense) and on the merits (to include all witnesses and evidence to be presented by all parties), and thereafter, to issue findings to the court, via report and recommendation.

MONROE, LOUISIANA, this 6th day of November, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE