# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **CHASE M. COURVILLE** | : | **CIVIL ACTION NO. 16-0684**<br>**SEC. P** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **WARDEN SMITH, ET AL.** | : | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections and responses thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that Plaintiff's motion for preliminary injunction [Doc. No. 36] and the parties' cross-motions for summary judgment [Doc. Nos. 32 & 42] are DENIED.

IT IS FURTHER ORDERED that the matter is referred to the assigned magistrate judge to hold an evidentiary hearing on exhaustion (if defendants continue to maintain that defense) and on the merits (to include all witnesses and evidence to be presented by all parties), and thereafter, to issue findings to the court, via report and recommendation.

MONROE, LOUISIANA, this 22nd day of November, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE